THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT RODRIGUEZ, Appellant.

Submitted February 14, 2012; decided February 16, 2012

Reported below, 88 AD3d 557.

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKAL SMITH, Appellant.

Submitted February 14, 2012; decided February 16, 2012

Reported below, 87 AD3d 920.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

In the Matter of the Estate of KEVIN W. STANLEY, Deceased. DIANE R. STANLEY, Appellant; LAWRENCE J. MATTAR, ESQ., et al., Respondents.

In the Matter of the Estate of KATHLEEN A. STANLEY, Deceased. RICHARD T. STANLEY, Appellant; LAWRENCE J. MATTAR, ESQ., et al., Respondents.

Submitted November 28, 2011; decided February 16, 2012

On the Court's own motion, appeal by Diane R. Stanley dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. On the Court's own motion, appeal by Richard T. Stanley dismissed, without costs, upon the ground that appellant is not a party aggrieved. Motion for leave to appeal, insofar as made by Diane R. Stanley, denied; motion for leave to appeal, insofar as made by Richard T. Stanley, dismissed upon the ground that said appellant is not a party aggrieved.